# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 110 EM 2015 |
| Respondent | : | |
| v. | : | |
| GABRIEL GONZALEZ, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of November, 2015, the Motion Seeking Leave to Exceed Word Count Limit is **DENIED**, and Petitioner is **DIRECTED** to file a compliant Petition for Allowance of Appeal within 30 days.